STATE OF CONNECTICUT *v.* ANTHONY KOMNINOS

The motion by the state to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Donald A. Browne,* assistant state's attorney, for the appellee (state).

Argued May 7—decided May 7, 1968

STANISLAW NOWAK *v.* CAPITOL MOTORS, INC., ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*George Levine,* for the appellees (defendants).

*Robert G. Menasian,* for the appellant (plaintiff).

Argued May 7—decided May 7, 1968

STATE OF CONNECTICUT *v.* ROY A. MAGOON

The application by the defendant for a stay of execution of the judgment is denied.

The application by the defendant, as amended, for permission to appeal to the Supreme Court of the United States at the expense of the state of Connecticut is denied.

*William A. Jacobs,* special public defender, in support of the applications.